UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RESOURCE TRANSITION CONSULTANTS, LLC,<br><br>                               Plaintiff(s),<br><br>   v.<br><br>MARIA LOEZA, et al.,<br><br>                               Defendant(s). | Case No. 2:15-CV-1505 JCM (CWH)<br><br>ORDER |

      Pending before the court is plaintiff Resource Transition Consultants, LLC's ("RTC") motion to remand. (Doc. # 2). No response or opposition has been filed.

      Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted. *Abbott v. United Venture Capitol, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). The local rules have the force of law. *United States v. Hvass*, 355 U.S. 570, 574–575 (1958); *Weil v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gate*s, 44 F.3d 722, 723 (9th Cir. 1995). Therefore, the parties have consented to the motion.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff RTC's motion to remand (doc. # 2) be, and the same hereby is, GRANTED.

      IT IS FURTHER ORDERED that defendants Maria Loeza and Raff Mancera's application for leave to proceed *in forma pauperis* (doc. # 1) be DENIED as moot.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that all other pending motions before this court (docs. ## 5
2   and 7) be, and the same hereby are, DENIED as moot, without prejudice to their refiling in state
3   court.

4   DATED October 2, 2015.

6   _____
    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -